Dear Clerk.

3-8-15
48,062-01

On Dec 8th 2000 my writ Cause # / writ # 616177-A / Wr. 48,062-01 was denied without a written order, Can your office send me the reason why I was denied, or may I obtain any Records which would tell me why?
Any and all assistance Rendered in this matter would be hishly appreciated.

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 11 2015

Abel Acosta, Clerk

Sincerely

Eldridse
Neugebauer
# 612444